**Order filed, March 6, 2013.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-12-01106-CR
_____

**DOUGLAS WAYNE RING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 64814**

---

## ORDER

The reporter's record in this case was due February 20, 2013. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Sarah Caldwell**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM